UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY PLACE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17 CV 399 RWS |
| | ) | |
| RUSSELL TECHNOLOGIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before me upon review of the joint proposed scheduling plan filed by the parties on Friday.  This case is a purported collective action for unpaid overtime wages under the FLSA.  However, the parties' joint proposed scheduling plan contains no deadlines for filing a motion for conditional certification of the collective action, a briefing schedule if defendants intend to oppose such a motion, and does not indicate whether any discovery is required before such a motion can be filed.  The parties need to discuss these issues, as well as any other issues pertaining to the scheduling of this type of case, and file an amended joint proposed scheduling plan which includes all relevant proposed deadlines for this case, including those relating to the treatment of this case as a collective action.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file an amended joint proposed scheduling plan as set out above by no later than **Wednesday, May 24, 2017**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of May, 2017.