UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY PLACE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4: 17 CV 399 RWS |
| | ) | |
| RUSSELL TECHNOLOGIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Having reviewed the joint motion for conditional certification of a collective action under the relevant standards as set forth in the motion,

**IT IS HEREBY ORDERED** that the joint motion for order conditionally certifying action [30] is granted, and the Court conditionally certifies a class of all current and former computer employees employed by defendants within the last three years from the date of this Order whose primary duty was to perform external "help desk" functions for defendant's clients.

**IT IS FURTHER ORDERED** that defendants shall provide plaintiff's counsel with a computer-reader data file (in Excel format) containing the names, and last known contact information, to include physical address(es), mailing address(es), e-mail address(es), and telephone number(s), to the extent such information is available, of all potential class members within fourteen (14) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff may send out a notice consistent with Exhibit 1 to the joint motion on an expedited schedule via U.S. mail and e-mail to all potential class members, using a 40-day opt-in period, running from the date that the class notice is first disseminated by plaintiff's counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add all opt-in plaintiffs who file consents to join as plaintiffs on the caption of the docket sheet.

                                                                   RODNEY W. SIPPEL
                                                                   UNITED STATES DISTRICT JUDGE

Dated this 25th day of May, 2017.