**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **JEREMY PLACE**, *individually,* ) | |
| *and on behalf of others similarly situated,* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **RUSSELL TECHNOLOGIES, INC.,** ) | Case No. 4:17-CV-00399-RWS |
| d/b/a **COMPUTER ST. LOUIS,** ) | |
| **SETH RUSSELL,** and ) | |
| **NICOLE RUSSELL,** ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR LEAVE TO FILE UNDER SEAL

COME NOW the parties, by and through their respective undersigned counsel, and jointly request leave from the Court to file their Joint Motion for Approval of Settlement, as well as their Confidential Settlement Agreement and Release (the "Agreement"), under seal pursuant to Local Rule 83-13.05. The Agreement was entered into by the parties in exchange for valuable consideration, including the parties' mutual promise that the terms of the Agreement and related information will remain confidential. The parties request leave to file these pleadings and documents under seal in order to comply with the Agreement's confidentiality provisions and to encourage future settlement and resolution of disputes.

2

Respectfully submitted,

**RIGGAN LAW FIRM, LLC**

  /s/  *Russell C. Riggan*
Russell C. Riggan, #53060
Samuel W. Moore, #58526
132 W Washington Avenue, Suite 100
Kirkwood, Missouri 63122
314-835-9100
314-735-1054 fax
russ@rigganlawfirm.com
smoore@rigganlawfirm.com

*Attorneys for Plaintiff*
*and all others similarly situated*

**BROWN & JAMES, P.C.**

  /s/ *Steven H. Schwartz* (w/ consent)
Steven H. Schwartz, #36436
James M. Bertucci, #67263
800 Market Street, 11th floor
St. Louis, Missouri 63101
314-421-3400
314-421-3128 fax
sschwartz@bjpc.com
jbertucci@bjpc.com

*Attorneys for Defendants*