UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEREMY PLACE, *individually*,<br>*and on behalf of others similarly situated*,<br>    Plaintiff,<br>v.<br>RUSSELL TECHNOLOGIES, INC.,<br>d/b/a COMPUTER ST. LOUIS,<br>SETH RUSSELL, and<br>NICOLE RUSSELL,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 4:17-CV-00399-RWS<br>)<br>)<br>)<br>)<br>) |

## ORDER

Pending before this Court is the parties Joint Motion for Approval of Settlement.

**WHEREFORE**, this Court finds that:

A. On September 15, 2017, the parties in the above-captioned case filed a Joint Motion for Approval of Settlement;

B. This Court has reviewed the parties' Motion and the attached Settlement Agreement; and

C. This Court has duly considered the Motion for Approval.

**NOW THEREFORE**, after due deliberation, this Court hereby ORDERS that:

1. The Settlement Agreement is fair, reasonable, and adequate, is in the best interest of the Plaintiff and the opt-in plaintiffs, should be, and hereby is, approved, especially in the light of the expense, risks and uncertainty of litigation. The attorneys' fees and costs as set forth in the Settlement Agreement are approved as fair, reasonable, and adequate.

2. The Court finds there are no remaining pending issues or motions for it to consider.

3. This matter is hereby dismissed with prejudice, each party to bear its own attorney's fees and costs except as specifically set forth in the Settlement Agreement.

IT IS SO ORDERED.

Dated September 19, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE SIPPEL